FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WELLS FARGO & COMPANY, ETC.,
ET AL.,

        Plaintiffs,

v.

WHENU.COM, INC., ETC.,

        Defendant.

FILED
AUG 24 2004
CLERK'S OFFICE
DETROIT

HONORABLE NANCY G. EDMUNDS

No. 03-71906

TELEPHONIC HEARING ON DEFENDANT'S EMERGENCY MOTION
FOR CONTEMPT AND FOR PROTECTIVE ORDER

Tuesday, July 6, 2004

- - -

Appearances Via Telephone:

Peter Jaffe
Gibson, Dunn and Crutcher
1050 Connecticut Avenue, NW
Washington, D.C.  20036
Attorney for Plaintiffs

Leonard M. Niehoff
Butzel Long
350 South Main Street, #300
Ann Arbor, Michigan  48104

Celia Goldwag Barenholtz
Kronish Lieb Weiner & Hellman
1114 Avenue of the Americas
New York, New York  10036
Attorneys for Defendant

- - -

*To Obtain Certified Transcript, Contact:*
*Sheri K. Ward, Official Court Reporter*
*Theodore Levin United States Courthouse*
*231 West Lafayette Boulevard, Room 219*
*Detroit, Michigan  48226*
*(313) 965-4401*

*Proceedings recorded by mechanical stenography.*
*Transcript produced by computer-aided transcription.*

# # OF PAGES
# IN
# TRANSCRIPT

_27_

# ORIGINAL PLACED

# ON SHELF