# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**WELLS FARGO & COMPANY**, Delaware corporation, **WFC HOLDINGS CORPORATION**, a Delaware corporation, and **QUICKEN LOANS, INC.**, a Michigan corporation

    Plaintiff,

vs.

**WHENU.COM, INC.**, a Delaware corporation

    Defendant.

_____ /

Case No. 03-71906

Hon. Nancy G. Edmunds
Magistrate Judge Pepe



FILED
OCT 14 2004
CLERK'S OF
U.S. DISTRICT
EASTERN MI

## ORDER PERMITTING WITHDRAWAL OF WHENU.COM'S EMERGENCY MOTION FOR AN ORDER HOLDING WITNESS BENJAMIN EDELMAN IN CONTEMPT AND DIRECTING HIM TO COMPLY WITH THIS COURT'S SEALING ORDER, FOR PROTECTIVE ORDER, AND FOR EXPEDITED HEARING

The Court, having reviewed the stipulation of the parties and being otherwise fully advised, hereby orders that WhenU.com's Motion for an Order Holding Witness Benjamin Edelman in Contempt and Directing Him to Comply with This Court's Sealing Order, for Protective Order, and for Expedited Hearing shall be and hereby is deemed withdrawn with prejudice.

**IT IS SO ORDERED.**

Dated: OCT 14 2004

_Nancy Edmunds_
Hon. Nancy G. Edmunds
United States District Court Judge

STIPULATION:

It is hereby stipulated that this Order may be entered.

**BUTZEL LONG**

**Leonard M. Niehoff** (P36695)
Attorneys for Defendant WhenU.com, Inc.
350 South Main Street, Suite 300
Ann Arbor, Michigan 48104
(734) 995-3110
**Attorneys for Defendant WhenU.com**

**BENJAMIN EDELMAN**

By: Benjamin Edelman
**In Pro Per**

117238